UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1028(f) |
| | ) | 18 U.S.C. § 287 |
| | ) | 18 U.S.C. § 1028A |
| ELBERT JOHNSON | ) | 26 U.S.C. § 7206(1) |

2:14CR  80

## FELONY INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
(Conspiracy)

At all times material to this indictment:

1. The United States Department of Treasury (Treasury) is a department of the United States which has various authorized functions including the issuance of federal tax refunds. The Internal Revenue Service (IRS) is an agency of the United States which is responsible for collecting taxes and enforcing the Internal Revenue Code. The United States Social Security Administration (SSA) is an agency of the United States which is authorized to issue social security numbers to individuals and administer benefits associated with social security programs. The Indiana Department of Revenue is an agency of the State of Indiana which is authorized to administer tax laws, collect tax revenues, and issue tax refunds on behalf of the State of Indiana.

2. An individual may file a federal tax return electronically. To file a federal tax return electronically, an individual must provide a routing number to a specified financial institution in Northwest Indiana with an account associated with the individual filing the tax return. Treasury wires the tax refund to the financial institution designated by the individual

1

filing the return. Alternatively, the tax refund is wired to a debit card as directed by the individual filing the federal tax return.

3. In or about January 2009 and continuing through in or about October 2009, in the Northern District of Indiana and elsewhere, defendant,

**ELBERT JOHNSON,**

did unlawfully, willfully, and knowingly combine, conspire, confederate, and agree with other persons, known and unknown to the grand jury, to commit the offense of identity theft against the United States in violation of Title 18, United States Code, Section 1028(a)(7), to wit: knowingly transfer, possess, and use, without lawful authority, a means of identification of another person to commit and to aid and abet, in connection with, the unlawful activity of wire fraud.

**Object of the Conspiracy**

4. To utilize the names, dates of birth, and social security numbers of the victims without their knowledge, authority, and permission in order to file federal and state income tax returns utilizing computers and the United States mail for the personal benefit and gain of the defendant and his co-conspirators without the knowledge, authority and permission of the victims.

**Manner and Means of the Conspiracy**

5. It was part of the conspiracy that the defendant and his co-conspirators: (a) obtained the names, dates of birth, and social security numbers of the victims, during the alleged time frame through various means including from prison databases; (b) obtained the personal information of numerous individuals, located in several states, without their knowledge, authority, and permission; (c) filed federal and state tax returns in the names of the individuals

without their knowledge, authority, and permission; (d) filed the federal and state tax returns electronically without the knowledge, authority, and permission of these individuals; (e) obtained the refunds from the filed tax returns which were electronically transferred to financial institutions from the Treasury Department; (f) requested that the fraudulent tax refund proceeds be transferred to debit cards bearing the names of the victims; (g) directed that the debit cards be mailed through the United States Mail to various addresses in Northwest Indiana without the knowledge, authority, and permission of these individuals; and (h) utilized the proceeds from the fraudulently filed tax refunds for their personal benefit and gain.

**Acts In Furtherance of the Conspiracy**

In furtherance of the conspiracy, and to affects its objects, in the Northern District of Indiana and elsewhere, defendant

**ELBERT JOHNSON,**

along with his co-conspirators, performed the following acts in furtherance of the conspiracy:

6. Between on or about January 2009 and continuing through on or about October 2009, as part of the on-going fraud scheme, the defendant, along with his co-conspirators, obtained the names, dates of birth (DOB), social security numbers (SSN), of the victims without their knowledge, authority, and permission. The primary source of the personal identifying information was through various websites associated with incarcerated individuals.

7. Between on or about January 2009 and continuing through on or about October 2009, as part of the on-going fraud scheme, the defendant, along with his co-conspirators, filed federal and state tax returns in the names of the victims without the knowledge, authority, and permission of the victims;

8. On or about the below-listed dates, the defendant, along with his co-conspirators, submitted and filed a false and fictitious 2008 U.S. Individual Income Tax Return, IRS Form 1040 on behalf of the individuals utilizing the names, DOBs, and SSNs of the below-listed individuals without their knowledge, authority, and permission:

|    | Date | Name | Claimed Refund Amount |
|----|------|------|-----------------------|
| 9  | February 19, 2009 | CaB | $4604.00 |
| 10 | February 25, 2009 | CrM | $5143.00 |
| 11 | March 13, 2009 | ChA | $2910.00 |
| 12 | March 20, 2009 | JeH | $5204.00 |
| 13 | March 31, 2009 | ApA | $5201.00 |
| 14 | April 2, 2009 | DoT | $5238.00 |
| 15 | April 8, 2009 | MaW | $4779.00 |
| 16 | April 14, 2009 | PiL | $4602.00 |
| 17 | April 15, 2009 | ShS | $4777.00 |
| 18 | May 14, 2009 | ReA | $4116.00 |
| 19 | May 18, 2009 | EmD | $1404.00 |
| 20 | June 5, 2009 | AmF | $4717.00 |
| 21 | June 12, 2009 | GwC | $9471.00 |
| 22 | June 18, 2009 | AmF | $8900.00 |
| 23 | July 13, 2009 | ElC | $8989.00 |
| 24 | July 14, 2009 | AdD | $1627.00 |
| 25 | July 29, 2009 | CeV | $2004.00 |
| 26 | August 6, 2009 | ApB | $1305.00 |
| 27 | August 31, 2009 | CoR | $1512.00 |
| 28 | September 2, 2009 | ElO | $1470.00 |
| 29 | September 3, 2009 | DeO | $1475.00 |
| 30 | September 9, 2009 | BeK | $4527.00 |
| 31 | September 15, 2009 | CaM | $1389.00 |
| 32 | October 6, 2009 | JaB | $1532.00 |
| 33 | October 8, 2009 | LaF | $1532.00 |
| 34 | October 13, 2009 | DoH | $4749.00 |

All in violation of Title 18, United States Code, Sections 1028(f) and 2.

THE UNITED STATES ATTORNEY FURTHER CHARGES:

## COUNTS 2-4
(False Claims)

From in or about the below-listed dates, in the Northern District of Indiana and elsewhere, the defendant,

**ELBERT JOHNSON,**

made and presented to the Internal Revenue Service claims upon and against the Department of the Treasury, an agency of the United States, that is tax returns for the tax year 2008, knowing that the claims were false, fictitious, and fraudulent, to wit: filed false Forms 1040s on behalf of the below-listed individuals, thereby resulting in the defendant receiving the tax refunds which were issued to the below-listed individuals:

| Count | Date | SSN | Victim | Amount Claimed |
|---|---|---|---|---|
| 2 | February 15, 2009 | 5528 | DaB | $4604.00 |
| 3 | July 27, 2009 | 7456 | RoF | $1586.00 |
| 4 | July 29, 2009 | 8412 | KaS | $1032.00 |

All in violation Title 18, United States Code, Sections 287 and 2.

5

THE UNITED STATES ATTORNEY FURTHER CHARGES:

## COUNTS 5 and 6
(Aggravated Identity Theft)

From in or about the below-listed dates, in the Northern District of Indiana and elsewhere, the defendant,

**ELBERT JOHNSON,**

did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person during and in relation to wire fraud, in violation of 18 U.S.C. § 1343, and theft of government funds, in violation of 18 U.S.C. § 641, by possessing, transferring, and using the names, dates of birth (DOB), social security number (SSN) of the below-listed individuals wherein he filed a federal tax return in the name of the individual, to steal money from the United States Department of Treasury:

| Count | Date | Victim | DOB | SSN | Tax Refund |
|---|---|---|---|---|---|
| 5 | April 8, 2009 | AnL | 1974 | 1788 | $4466.00 |
| 6 | July 3, 2009 | JeLH | 1957 | 6684 | $4235.00 |

All in violation of Title 18, United States Code, Sections 1028A and 2.

**THE UNITED STATES ATTORNEY FURTHER CHARGES:**

## COUNT 7
(Filing a False Tax Return)

On or about April 18, 2011, in the Northern District of Indiana and elsewhere, the defendant

**ELBERT JOHNSON,**

did willfully make and subscribe a 2010 U.S. Individual Income Tax Return, IRS Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter, to wit: the Form 1040 filed with the Internal Revenue Service, stated that his income was $15,631.00 when in fact it was substantially more;

All in violation of Title 26, United States Code, Section 7206(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count 1 of this Felony Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 1028 set forth in Count 1 of this Felony Information, the defendant, Elbert Johnson shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

then the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b) (1) and 1028(g).

DAVID A. CAPP
UNITED STATES ATTORNEY

By:  s/ Toi Denise Houston
     Toi Denise Houston
     Assistant United States Attorney